# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-03511-SDG
## Ghandi et al v. Ehrlich et al
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 12/18/2019.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 10:35 A.M.   COURT REPORTER: Alicia Bagley
TIME IN COURT: 1:00                DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing ADA Consultants of America, LLC |
| | Bruce Brown representing Does 1 through 100, inclusive |
| | Bruce Brown representing Ehrlich & Schapiro, LLC |
| | Bruce Brown representing The Law Office of Craig J. Ehrlich, LLC |
| | Bruce Brown representing Allison Waters |
| | Bruce Brown representing Craig J. Ehrlich |
| | Bruce Brown representing Dakota Holt |
| | Bruce Brown representing Destiny Drake |
| | Bruce Brown representing Douglas Schapiro |
| | Bruce Brown representing Dustin Swafford |
| | Bruce Brown representing Jessica Blinkhorn |
| | Bruce Brown representing Thomas Futch |
| | Bruce Brown representing Tiawan Britton |
| | Bruce Brown representing Yvonne Brown |
| | Charlotte Carter representing A&Y Family Group Inc. |
| | Charlotte Carter representing Bhupendra Ghandi |
| | Hassan Elkhalil representing A&Y Family Group Inc. |
| | Hassan Elkhalil representing Bhupendra Ghandi |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [37]Motion for TRO DENIED |
| MINUTE TEXT: | Hearing held on Plaintiff's [37] Emergency Motion for Temporary Restraining Order and Preliminary Injunction. The Court DENIED Plaintiff's Motion for Temporary Restraining Order and Preliminary |

|  |  |
|---|---|
|  | Injunction. Defendants' counsel is ordered to prepare and submit to the Court a proposed order containing findings of fact and conclusions of law by Monday, December 23, 2019. All other pending motions are taken under advisement. |
| HEARING STATUS: | Hearing Concluded |