IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BHUPENDRA GHANDI, A&Y FAMILY GROUP INC. and ATLANTA BAY BREEZE, INC.<br>　　　　Plaintiffs,<br><br>vs.<br><br>CRAIG J. EHRLICH, THE LAW OFFICE OF CRAIG J. EHRLICH, LLC, DOUGLAS SCHAPIRO, EHRLICH & SCHAPIRO, LLC, ADA CONSULTANTS OF AMERICA, LLC, DAKOTA HOLT, YVONNE BROWN, THOMAS FUTCH JESSICA BLINKHORN, TIAWAN BRITTON, DESTINY DRAKE, DUSTIN SWAFFORD, ALLISON WATERS and DOES 1 THROUGH 100, inclusive<br>　　　　Defendants. | Civil Action<br>File No: 1:19-cv-03511-SDG |

**PLAINTIFFS' COUNSEL SUBMISSION
OF PROOF OF COMPLIANCE**

Pursuant to the Court's Order dated September 21, 2020, (Doc. 50 at 34), the Court sanctioned and ordered Plaintiffs' Counsel to attend four hours of CLE training on federal practice and procedure.

1

Per said order, Plaintiffs' Counsel hereby submits certificates of completion attached herewith collectively as Exhibit A.

Dated:  October 16, 2020

                        Respectfully submitted,

                        /S/ Hassan Elkhalil

                        _____
                        Hassan H. Elkhalil
                        Georgia Bar No. 243192
                        Attorney for Plaintiffs
                        Elkhalil Law, P.C.
                        1950 North Park Place Suite 550
                        Atlanta, GA 30339
                        (770) 612-3499

## **CERTIFICATION OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirement of LR 5.1, using font type of Times New Roman and point size of 14.

/S/ Hassan Elkhalil

_____
Hassan H. Elkhalil
Georgia Bar No. 243192
Attorney for Plaintiffs
Elkhalil Law, P.C.
1950 North Park Place Suite 550
Atlanta, GA 30339
(770) 612-3499

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/ Hassan Elkhalil

_____
Hassan H. Elkhalil
Georgia Bar No. 243192
Attorney for Plaintiffs
Elkhalil Law, P.C.
1950 North Park Place Suite 550
Atlanta, GA 30339
(770) 612-3499