# EXHIBIT A



## Certificate of Attendance for Continuing Legal Education

| | | | | | |
|---|---|---|---|---|---|
| Sponsor: | LexisNexis® | Content Provider: | LexisNexis | LN Reference#: | 32859 |
| Subject Matter/Title: | Federal Rules of Civil Procedure Retooled: The First Six Months | | | | |
| Course # : | 229100 | | Credit Type & Amount: | General - 1.50 | |
| Length of Activity: | 88 Minutes | | Method of Delivery: | On-Demand | |
| Date of Completion: | 10/2/2020 | | Time: | | |
| Location Name: | On-Demand Program | | | | |
| Location Address: | NOT APPLICABLE | | | | |
| Presenter Name: | • Jeffrey Sharer, Atty<br>• David Yerich, Atty<br>• Kristen L. Mix, Atty | | | | |
| Participant Codes: | NOT APPLICABLE | | | | |
| LexisNexis Representative: | *Kathleen R. Bishop*<br>Kathleen R. Bishop, Manager CLE Compliance & Reporting | | | | |

**To Be Signed By Attendee:**

By signing below, I certify that I attended the session described above

HASSAN ELKHALIL
_____
**Attendee Printed Name**          **Attendee Signature**          **Date**

Georgia                            243192
_____
**State to be registered**         **Bar Number, if applicable**

hassan@elkhalillaw.com
_____
**Email Address (Used only for CLE Communications)**

Retain this certificate for your record of attendance in the CLE program mentioned above.

LexisNexis reports attendance of your participation in this CLE program where required. If you have any questions about this program, contact the LexisNexis CLE Compliance & Reporting Department at 800.227.9597x1252253 or via email at cle@lexisnexis.com.



# Certificate of Completion

Congratulations, Hassan Elkhalil

**PROGRAM TITLE**

## FRCP Part I: An Overview

| PRODUCTION DATE | DELIVERY METHOD | LECTURERS |
|---|---|---|
| May 14, 2019 | On Demand | Giugi Carminati |

Course completed on **September 22, 2020 3:30pm EDT**

---

This course is approved for the following credit:

| JURISDICTION | ATTENDANCE TYPE | REPORTING NUMBER | CREDITS |
|---|---|---|---|
| Georgia CLE | Attendee | | 1 General |

---

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____                    _____
**ATTENDEE SIGNATURE**                              **ATTORNEY LICENSE NUMBER**

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

*David Schnurman, President Lawline*

(877) 518-0660
Lawline
61 Broadway, Suite 1105
New York, NY 10006



# Certificate of Completion

Congratulations, Hassan Elkhalil

**PROGRAM TITLE**

### FRCP Part II: For Plaintiffs

| PRODUCTION DATE | DELIVERY METHOD | LECTURERS |
|---|---|---|
| May 14, 2019 | On Demand | Giugi Carminati |

Course completed on **September 22, 2020 4:39pm EDT**

---

This course is approved for the following credit:

| JURISDICTION | ATTENDANCE TYPE | REPORTING NUMBER | CREDITS |
|---|---|---|---|
| Georgia CLE | Attendee | | 1 General |

---

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____     _____
ATTENDEE SIGNATURE                                    ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(877) 518-0660
Lawline
61 Broadway, Suite 1105
New York, NY 10006



## Certificate of Completion

Congratulations, Hassan Elkhalil

**PROGRAM TITLE**

**The Federal Rules of Civil Procedure: Surveying Recent Amendments and What's to Come**

| PRODUCTION DATE | DELIVERY METHOD | LECTURERS |
|---|---|---|
| September 24, 2019 | On Demand | Jennifer H. Rearden, Gabriel Herrmann, and Justine Goeke |

Course completed on **September 23, 2020 11:23am EDT**

---

This course is approved for the following credit:

| JURISDICTION | ATTENDANCE TYPE | REPORTING NUMBER | CREDITS |
|---|---|---|---|
| Georgia CLE | Attendee | | 1 General |

---

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____   _____
ATTENDEE SIGNATURE              ATTORNEY LICENSE NUMBER

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(877) 518-0660
Lawline
61 Broadway, Suite 1105
New York, NY 10006