IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BHUPENDRA GHANDI, A&Y FAMILY GROUP INC. and ATLANTA BAY BREEZE, INC. <br>     Plaintiffs, <br><br> vs. <br><br> CRAIG J. EHRLICH, THE LAW OFFICE OF CRAIG J. EHRLICH, LLC, DOUGLAS SCHAPIRO, EHRLICH & SCHAPIRO, LLC, ADA CONSULTANTS OF AMERICA, LLC, DAKOTA HOLT, YVONNE BROWN, THOMAS FUTCH JESSICA BLINKHORN, TIAWAN BRITTON, DESTINY DRAKE, DUSTIN SWAFFORD, ALLISON WATERS and DOES 1 THROUGH 100, inclusive <br><br>     Defendants. | Civil Action <br> File No: 1:19-cv-03511-SDG |

**PLAINTIFFS' COUNSEL MOTION TO RELIEVE ATTORNEY
CHARLOTTE CARTER OF ANY SANCTIONS**

Pursuant to the Court's Order dated September 21, 2020, the Court granted Defendants' Motion for Sanctions (Doc. 18) and awarded Defendants monetary sanctions in the form of attorneys' fees and expenses incurred in this action. (Doc. 50 at 33). The Court instructed Defendants to file submission and other materials in

1

support of their requests for legal fees and expenses. Defendants filed their submission for attorney's fees and expenses (Doc. 52). Plaintiffs' Counsel filed an opposition to Defendants' submission (Doc. 53).  The Court's Order, (Doc. 50 at 34), also stated that the Court "will entertain any motion to relieve attorney Charlotte Carter of the sanctions imposed herein."  Plaintiffs' Counsel asks the Court to relieve attorney Carter of any sanctions the Court may impose per its Order (Doc. 50).  In support thereof, Plaintiffs' Counsel respectfully states as follows:

1.	Attorney Carter was employed by Elkhalil Law, P.C., from February 15, 2019, till January 3, 2020.

2.	While working at Elkhalil Law, P.C., Ms. Carter spent most of her time researching, drafting pleadings, communicating with opposing counsels and other parties related to the class action suit.  (See Ms. Carter's Affidavit attached herewith as Exhibit A.)

3.	If the Court decides to impose sanctions, Plaintiffs' Counsel asks the Court to relieve Ms. Carter from any liability of sanctions and assess said sanctions against Elkhalil Law, P.C.

4.	Plaintiffs' Counsel respectfully requests that the Court grants this motion and enter an order relieving Ms. Charlotte Carter of any sanctions.

5. For the reason above, and for such other reasons as the Court finds to be good and sufficient cause, Plaintiffs' Counsel asks that if any sanctions are imposed, to be imposed against Elkhalil Law, P.C.

Dated: October 16, 2020

                              Respectfully submitted,

                              /S/ Hassan Elkhalil

                              _____
                              Hassan H. Elkhalil
                              Georgia Bar No. 243192
                              Attorney for Plaintiffs
                              Elkhalil Law, P.C.
                              1950 North Park Place Suite 550
                              Atlanta, GA 30339
                              (770) 612-3499

## CERTIFICATION OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirement of LR 5.1, using font type of Times New Roman and point size of 14.

/S/ Hassan Elkhalil
_____
Hassan H. Elkhalil
Georgia Bar No. 243192
Attorney for Plaintiffs
Elkhalil Law, P.C.
1950 North Park Place Suite 550
Atlanta, GA 30339
(770) 612-3499

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept the electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Hassan H. Elkhalil
Georgia Bar No. 243192
Attorney for Plaintiffs
Elkhalil Law, P.C.
1950 North Park Place Suite 550
Atlanta, GA 30339
(770) 612-3499