# AFFIDAVIT OF CHARLOTTE CARTER
## IN RE: CIVIL ACTION FILE NO: 1:19-cv-03511-SDG

I Charlotte H. Carter, swear and affirm the following:

1. I am over the age of 21 and am of sound mind and competent.

2. I make the statements contained in this affidavit from my own personal knowledge.

3. I was employed by Elkhalil Law, P.C. as an Associate Attorney from February 15, 2019 through January 3, 2020.

4. During my term of employment with Elkhalil Law, P.C., I was assigned to assist in the research and pleadings of the above captioned civil action.

5. I request to be absolved from any imposed sanctions.

6. I request any sanctions imposed be declared against Elkhalil Law, P.C. alone.

7. I request the Court grant Plaintiffs' Counsels Motion to Relieve Attorney Charlotte Carter of Any Sanctions relieving myself of any sanctions.

I declare under penalty of perjury under the laws of the State of Georgia that the foregoing is true and correct.

RESPECTFULLY SUBMITTED this 15th day of October, 2020.

FURTHER AFFIANT SAYETH NOT.

_____
Charlotte H. Carter