UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BHUPENDRA GHANDI and A&Y FAMILY GROUP, INC., <br>          Plaintiffs, <br><br>vs. <br><br>CRAIG J. EHRLICH et. al., <br>          Defendants. | CIVIL ACTION FILE <br><br> NO. 1:19-cv-3511-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of Defendants' Motion for Sanctions, and the court having granted said motion on September 21, 2020 in the award of monetary sanctions in the form of attorneys' fees and expenses, it is

**Ordered and adjudged** that that defendants' attorneys recover from Plaintiff's attorneys Hassan Elkhalil and Elkhalil Law, P.C., jointly and severally, the total amount of $42,600.00.  Plaintiff's attorney Charlotte Carter is relieved of any sanctions.

Dated at Atlanta, Georgia this 17th day of November, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Jordyn Dobbins
      Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
November 17, 2020
James N. Hatten
Clerk of Court


By:  s/ Jordyn Dobbins
      Deputy Clerk