UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BHUPENDRA GHANDI and A&Y FAMILY GROUP INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CRAIG J. EHRLICH, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:19-cv-03511-SDG |

## J U D G M E N T

This action having previously come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion on September 21, 2020, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 11th day of January, 2021.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                             By:   s/ Jordyn Dobbins
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 11, 2021
James N. Hatten
Clerk of Court

By:   s/ Jordyn Dobbins
        Deputy Clerk